No. 65793.—J. E. Bernard & Company, Inc. v. United States, protests 279483–K/ 7894 and 288593–K/7908 (Chicago).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65794.—Border Brokerage Company v. United States, protests 59/4270, 59/8998, and 59/8963 (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 65795.—W. Y. Moberly, Inc. v. United States, protests 59/6635, etc. (Great Falls).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 65796.—American Wine Co. et al. v. United States, protests 217575–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.